[No. 11351-5-III. Division Three. April 2, 1992.]

BRIAN SPACKMAN, ET AL, *Plaintiffs*, v. SCHALOCK & ASSOCIATES, INC., *Appellant*, UNIGARD INSURANCE GROUP, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 89-2-00169-0, Fred L. Stewart, J., entered May 17, 1990. *Reversed* by unpublished opinion

per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.